UNITED STATES, DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS<br><br>   PETITIONER<br><br>  — v —<br><br>DAVID WINN, et.al.<br><br>   RESPONDENT(S) | CASE NO:<br><br>MOTION FOR<br>APPOINTMENT OF COUNSEL<br><br>**05-40003** |

COMES NOW THE ABOVE PETITIONER COY PHELPS AND MOVES THIS COURT TO APPOINT A COUNSEL TO REPRESENT HIM IN THE ABOVE CAPTIONED CASE FOR THE FOLLOWING REASONS:

1. PHELPS IS UNLEARNED IN THE LAWS AND JUDICIAL PROCEDURES;

2. PHELPS IS 71 YEARS OLD AND HAVE MEDICAL INFIRMITIES AND MALADIES WHICH LIMITS AND RESTRICTS HIS ABILITIES;

3. THE GOVERNMENT, AND THE COURTS, HAVE DECLARED PHELPS INSANE;

4. THE CASE WILL REQUIRE EXTENSIVE DISCOVERY; THE COLLECTION, COMPILATION, AND ANALYSIS OF DATA, FACTS, AND INFORMATION; THE ISSUANCE OF INTERROGATIONS AND THE TAKING OF DEPOSITIONS; THE INVESTIGATION OF RECORDS; THE EXAMINATION AND CROSS EXAMINATION OF WITNESSES; AND A PROFESSIONAL PRESENTATION TO THE COURT AND JURY; OF WHICH PHELPS HAS NO SKILLS, KNOWLEDGE, OR EXPERIENCE.

DATE:

                 IN PRO SE

          COY PHELPS 78872-011

          P.O. BOX 879

          AYER, MASSACHUSETTS 01432