UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

—v—

DAVID WINN, et. al.

RESPONDENT(s)

CASE NO: 05-40003

MOTION TO SERVE RESPONDENTS BY U.S. CERTIFIED MAIL AND RETURN RECEIPT

COMES NOW THE PETITIONER COY PHELPS AND MOVES THIS COURT TO ALLOW HIM TO SERVE THE RESPONDENTS BY U.S. CERTIFIED MAIL WITH A RETURN RECEIPT AS AUTHORIZED BY RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURES (SEE LENNON v. McCLOY, DDC 1998, 3 F. Supp 2d 1461 AT 1462.)

DATE:

_____ IN PRO SE

COY PHELPS 78872-011

FMC-DEVENS

42 PATTON ROAD

P.O. BOX 879

AYER, MASSACHUSETTS

01432