UNITED STATES, DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN -5 P 1:06

| | |
|---|---|
| COY PHELPS<br><br>PETITIONER<br><br>—V—<br><br><br>DAVID WINN<br><br>RESPONDENT(s) | CASE NO:  U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>PAYMENT OF COURT FEES<br><br>**05-40003** |

TO: CLERK - U.S. DISTRICT COURT, 90 DEVONSHIRE ST #707, BOSTON, MA 02109-4583

FROM: COY PHELPS 78872-011, PMC-DEVENS, 42 PATTON Rd, POBOX 879, AYER, MA 01432

THE BUREAU OF PRISON BUSINESS OFFICE (SUSAN) HAS A NEW PROCEDURE (CONTRARY TO LAW AND CONTRARY TO HEADQUARTERS POLICY).

1. I AM SENDING YOU THIS COMPLAINT AND RELATED DOCUMENTS;

2. I NOTIFIED THE BUSINESS OFFICE TO TAKE #150.00 OF MY MONEY FROM MY ACCOUNT AND MAKE A CHECK PAYABLE TO YOU FOR A FILING FEE (TO BE SENT IN A SEPARATE ENVELOPE FROM THE COMPLAINT);

THEY (SUSAN) REFUSED BECAUSE:

1. I MUST SEND THE COMPLAINT TO THE COURT;

2. THE COURT MUST ISSUE A ORDER SAYING THAT IT IS O.K. TO SEND MY MONEY TO THE COURT (I AM NOT INCOMPETENT OR IRRATIONAL — AND — IT IS MY MONEY — NOT THE BOP's)

3. ONLY UPON THE COURT ORDER WILL I BE ALLOWED TO PAY MY COURT FEES.

I THINK THIS PROCEDURE IS NOT ONLY UNLAWFUL AND UNCONSTITUTIONAL BECAUSE IT SETS UP HURDLES AND STUMBLING STONES FOR ME TO OVERCOME TO DO WHAT I AM LEGALLY PERMITTED TO DO. RESTRICTING, OR LIMITING, MY ACCESS TO THE COURT IS LUDICROUS.

NOTWITHSTANDING THE UNLAWFULNESS OF HER NEW RULE (NOT APPROVED BY THE BOP) I AM NOTIFYING YOU OF THE CHANGE IN POLICY (AS TOLD TO ME BY COUNSELOR LEONARD) AND I AM REQUESTING THAT THE JUDGE ISSUES A COURT ORDER SO YOU CAN BE PAID.

THANK YOU

Coy Phelps    IN PRO SE

COY PHELPS  78872-011

FMC- DEVENS

42 PATTON ROAD

P.O. BOX 879

AYER, MA  01432

CLERK- U.S. DISTRICT COURT

90 DEVONSHIRE ST #707

BOSTON, MA 02109-4583

CLERK-

ENCLOSED IS AN ORIGINAL AND 3 COPIES OF A CIVIL COMPLAINT. ALSO INCLUDED

ARE 12 COPIES OF CIVIL SUMMONS. PLEASE SIGN, DATE, AND AFFIX YOUR

SEAL TO THE COPIES AND RETURN THEM TO ME IN THE ENCLOSED SELF

ADDRESSED STAMPED ENVELOPE.

THANK YOU

COY PHELPS 78872-011

FMC DEVENS

P O BOX 879

AYER, MA 01432