UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS,
    Plaintiff,

    v.

DAVID WINN, et al.,
    Defendants.

CIVIL ACTION

NO. 05-40003-GAO

## NOTICE FOR PAYMENT OF FILING FEE

To: THE TREASURER'S OFFICE AT __FMC DEVENS__ AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE PLAINTIFF NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, who is in custody at FMC Devens, is obligated to pay the statutory filing fee of $150.00 for this action.

The Treasurer's Office at FMC Devens is required to send to the Clerk of the Court the $150.00 filing fee. The plaintiff has not applied to proceed without prepayment of the filing fee; thus, the entire $150.00 filing fee is assessed at this time.

The plaintiff's name and case number must be noted on the remittance. If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted. All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

    U. S. District Court
    Cashier - Suite 2300
    1 Courthouse Way
    Boston, MA  02210

    WILLIAM RUANE, ACTING CLERK

_____
Date:   January 25, 2005

By:  /s/ Jeanette McGlamery
Deputy Clerk

cc: Plaintiff