2-07-05

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:36

U.S. DISTRICT COURT
DISTRICT OF MASS

CLERK - U.S. DISTRICT COURT,

RE: PHELPS v. USA, 4:05-CV-40003-GAO

I THINK YOU HAVE BEEN PAID TWICE FOR THE SAME THING.

I FILE A CIVIL COMPLAINT AND INSTRUCTED (IN WRITING) THE PRISON TO TAKE "150.00" FROM MY ACCOUNT TO PAY THE FILING FEE. THEY REFUSED UNTIL THEY RECEIVED A COURT ORDER.

I ASK SOMEONE ON THE OUTSIDE TO PAY THE FEE FOR ME BECAUSE OF THE DELAY OF THE COURT. THEY SENT YOU A "150.00" MONEY ORDER.

THEN - THE COURT ISSUED A ORDER TO TAKE THE MONEY FROM MY ACCOUNT. THE PRISON DID - AND SENT IT TO THE COURT.

THE COURT RETURNED THE MONEY ORDER (MY FRIEND HAD SENT) TO ME AT THE PRISON. THE PRISON, THINKING IT WAS THE CHECK THEY HAD SENT, REDEPOSITED THE MONEY INTO MY ACCOUNT AND THEN RE-ISSUED ANOTHER CHECK TO THE COURT AS A FILING FEE THINKING THAT SOMETHING WAS WRONG WITH THE MONEY ORDER THEY RECEIVED.

However Complex - AND FOR WHATEVER REASON - I HAVE PAID TWO FILING FEES FOR THE ABOVE CASE. HOW ABOUT REFUNDING ONE WITH A NOTE OF EXPLANATION TO THESE BUREAUCRATS. ALSO SEND THE SUMMONS TO ME!

Coy Phelps 18872-011
FMC - DEVENS
P.O. Box 879
AYER, MA   01432