UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COY PHELPS

Petitioner

Case No. 05-CIV-40003-GAO

PROOF OF SERVICE

- v -

DAVID WINN, et al

RESPONDENT(S)

PLEASE TAKE NOTICE

THAT A DEPUTY SHERIFF OFFICER OF MIDDLESEX COUNTY MASSACHUSETTS SERVED THE RESPONDENTS NAMED WITHIN ON THE ENCLOSED SUMMONS. THE AFFIDAVIT OF SERVICE IS ON THE REVERSE SIDE OF EACH SUMMONS.

DATE: 4-08-05

Coy Phelps IN PRO SE

COY PHELPS 78872-011

FMC-DEVENS

P.O. BOX 879

AYER, MASSACHUSETTS

01432

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

V.

DAVID WINN, et. al.

RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

JAMES FIELD
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

March 4, 2005

CLERK

DATE

*Gina Edge*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 1, 2005

I hereby certify and return that on 3/31/2005 at 2:40PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to JAMES DULD at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                _____
                                                Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

**SUMMONS IN A CIVIL CASE**

V.

DAVID WINN, et. al.

CASE NUMBER:

## 05 CV 40003 GAO

RESPONDENTS

TO: (Name and address of defendant)

B. Perilcutie
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUS    014

**YOU ARE HEREBY SUMMON**    d required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879

AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

*March 4, 2005*

CLERK                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons  a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April   2005

I hereby certify and return that on 3/31/2005 at  2:50PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to B POTOLICCHIO at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                                    Signature of Server

                                                      _____
                                                      Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

        PETITIONER

**V.**

DAVID WINN, et.al.

        RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

J. FLEURER
FMC-DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS  01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011

FMC-DEVENS

42 PATTON ROAD

P.O. BOX 879

AYER, MA  01432

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

March 4, 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

NAME OF SERVER (PRINT)

---

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 1, 2005

I hereby certify and return that on 3/31/2005 at 2:10PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner. To wit, by delivering in hand to J FLETCHER at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

☐ **Other** *(specify)*: _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                        Signature of Server

                                 _____
                                 Address of Server

---

(1)  / s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

**SUMMONS IN A CIVIL CASE**

V.

DAVID WINN, et. al.

RESPONDENTS

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

J. SCHEMBER M.D.
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

TONY ANASTAS

_March 4, 2005_

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 1, 2005

I hereby certify and return that on 3/31/2005 at 2:10PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner. To wit, by delivering in hand to J SONNEDA MD at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

[ ] **Other** *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              Signature of Server

                                   _____
                                   Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

V.

DAVID WINN, et. al.

RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

pi (zhys. (ri.))
FMC - DEVENS
42 PATTON ROAD
P.O. BOX 88 9
AYER, MASSACHUSETTS  01432

**YOU ARE HEREBY SUMMONED** and required           FF'S ATTORNEY  (name and address)

COY PHELPS 78872-011

FMC- DEVENS

42 PATTON ROAD

P.O. BOX 879

AYER, MA  01432

an answer to the complaint which is herewith served upon you, within _____ 6 0 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

TONY ANASTAS                    March 4, 2005

CLERK                            DATE

Anna Edge

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 1, 2005

I hereby certify and return that on 3/31/2005 at 2:40PM I served a true and attested copy of the summons complaint Amd & Notice of LAWSUIT in this action in the following manner: To wit, by delivering in hand to H HAAS MD at . 42 PATTON Road, FMC-DEVENS AYER, MA 01432  Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

*Gerard Whitman*

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　*Date*                                        *Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

**SUMMONS IN A CIVIL CASE**

**V.**

DAVID WINN, et. al.

CASE NUMBER:

RESPONDENTS

05 CV 40003 GAO

TO: (Name and address of defendant)

DAVID W. WINN
FMC-DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011

FMC-DEVENS

42 PATTON ROAD

P.O. BOX 879

AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

*March 4 2005*

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Su   n in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 7, 2015

I hereby certify and return that on 3-31-2005 at 3:45PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to NURSE W BLAZON at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

v.

DAVID WINN, et al.

RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

FMC-DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC-DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_March 4, 2005_
DATE

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 1, 2005

I hereby certify and return that on 3/31/2005 at 3:10PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to ? PHILLIPSON at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_____
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
          Date                                                                          Signature of Server

                                               _____
                                             Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

        PETITIONER      **SUMMONS IN A CIVIL CASE**

      **V.**

DAVID WINN, et.al.      CASE NUMBER:

        RESPONDENTS     **05 CV 40003 GAO**

TO: (Name and address of defendant)

    FMC- DEVENS
    42 PATTON ROAD
    P.O. BOX 880
    AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    COY PHELPS 78872-011
    FMC- DEVENS
    42 PATTON ROAD
    P.O. BOX 879
    AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

By) DEPUTY CLERK       March 4, 2005
           DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |



Deputy Sheriff GERARD WHITMAN

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 31, 2005

I hereby certify and return that on 3/31/2005 at 2:35PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to MIKE BOLLINGER at, 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

*Gerard N Whitman*
Deputy Sheriff

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

V.

DAVID WINN, et.al.

RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 CV 40003 GAO

TO: (Name and address of defendant)

DAVID WINN
FMC - DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_March 4, 2005_

CLERK

DATE

*Gina Edge*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

Deputy Sheriff GERARD WHITMAN

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 31, 2005

I hereby certify and return that on 3/30/2005 at 3.30PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner  To wit, by delivering in hand to LISA ROTTI, agent person in charge at the time of service for DAVID WINN, at 42 PATTON Road, FMC-DEVENS AYER, MA 01 432  Attest ($5 00), Basic Service Fee ($30 00), Conveyance ($4 50), Postage and Handling ($1.00), Travel ($17 20) Total Charges $57.70

*Gerard Whitman* Deputy Sheriff

☐ Other *(specify):* _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         Signature of Server

                                         _____
                                         Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

COY PHELPS

PETITIONER

V.

DAVID WINN, et.al.

RESPONDENTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

KALLOWITZ
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS  01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872 011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_Gina Edge_

(By) DEPUTY CLERK

_March 4, 2005_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 31, 2005

I hereby certify and return that on 3/30/2005 at 2:30PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner. To wit, by delivering in hand to K. LEONARD at , 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

*Gerard M Whitman*
*Deputy Sheriff*

Deputy Sheriff GERARD WHITMAN

☐ Other *(specify):* _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                    Signature of Server

                                              _____
                                                    Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.