UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS

      PETITIONER

-v-

DAVID WINN et al.

      RESPONDENT(S)

CASE NO: 05-CV-40003-GAO

PROOF OF SERVICE

PLEASE TAKE NOTICE

THAT A DEPUTY SHERIFF OFFICER FROM MIDDLESEX COUNTY, MA, AND A DEPUTY SHERIFF OFFICER FROM SUFFOLK COUNTY, MA HAS COMPLETED SERVICE OF PROCESS ON THE TWO INDIVIDUALS NAMED ON THE DOCUMENTS ATTACHED, THEIR DECLARATIONS ARE ON THE REVERSE SIDE OF THE DOCUMENTS.

DATE: 4-07-05

Coy Phelps In Pro Se
COY PHELPS 70872-011
FMC DEVENS
P O BOX 879
AYER, MA 01432

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

COY PHELPS

PETITIONER

V.

DAVID WINN, et. al.

RESPONDENTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
COURT HOUSE WAY
BOSTON, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC-DEVENS
42 PATTON ROAD
P.O BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

March 4, 2005

DATE

AO

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                                                                           April 7, 2005

I hereby certify and return that on 3/30/2005 at 1:50PM I served a true and attested copy of the Summons and Petition in this action in the following manner: To wit, by delivering in hand to Ilona Ferra, in the office of the Attorney General, agent and person in charge at the time of service for Michael U.S. Attorney, Sullivan, at suite 9200, 1 Courthouse Way, C/O U.S. Attorney's Office Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  George Slyva                                                    ℓ S⟋⟋
                                                                                     Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                  Date                                    Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

V.

DAVID WINN, et.al.

RESPONDENTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 CV 40003 GAO**

TO: (Name and address of defendant)

J. DAVIS
FMC - DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 78872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

March 7, 2005

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 4, 2005

I hereby certify and return that on 4/4/2005 at 2:30PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner: To wit, by delivering in hand to DAVIS at 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($17.20) Total Charges $53.20

_Gerard N Whitman_
Deputy Sheriff

Deputy Sheriff GERARD WHITMAN

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                                         Signature of Server

                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure