# United States District Court

DISTRICT OF MASSACHUSETTS

COY PHELPS

PETITIONER

V.

DAVID WINN, et. al.

RESPONDENTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 CV 40003 GAO

TO: (Name and address of defendant)

FMC- DEVENS
42 PATTON ROAD
P.O. BOX 880
AYER, MASSACHUSETTS 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

COY PHELPS 18872-011
FMC- DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                               March 4, 2005
CLERK                                      DATE

Gina Edge
(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

April 14, 2005

I hereby certify and return that on 4/13/2005 at 2:45PM I served a true and attested copy of the SUMMONS, COMPLAINT & NOTICE OF LAWSUIT in this action in the following manner. To wit, by delivering in hand to S HARVEY at, 42 PATTON Road, FMC-DEVENS AYER, MA 01432. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($17.20) Total Charges $57.70

*Gerard Whitman*
_____
Deputy Sheriff

Deputy Sheriff GERARD WHITMAN

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                             Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS

        Petititioner

—v—

DAVID WINN, ET.AL.

        Respondents

CASE NO. 4:05-CV-06043-GAO

FINAL PROOF OF SERVICE

PLEASE TAKE NOTICE

THAT A DEPUTY SHERIFF OFFICER OF MIDDLESEX COUNTY MASSACHUSETTS HAS SERVED THE LAST OF THE RESPONDENTS IN THE ABOVE CASE. A COPY OF THE SERVICE IS ATTACHED TO THIS NOTICE

DATE: 4-15-2005

Coy Phelps    IN PRO SE
COY PHELPS 78872-011
FMC-DEVENS
P.O. Box 879
AYER, MA  01432