UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE 05 MAY 23 P 2:58 U.S. DISTRICT COURT DISTRICT OF MASS

COY PHELPS

PETITIONER

-V-

DAVID WINN, et. al.

RESPONDENT(S)

CASE NO: 04; civ 05-40003-GAO

OBJECTION TO GOVERNMENTS MOTION OF 5-17-05 FOR ENLARGEMENT OF TIME

PLEASE TAKE NOTICE

THAT THE ABOVE PETITIONER COY PHELPS, APPEARING IN PRO SE, OBJECTS TO THE GOVERNMENT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO THE INITIAL CIVIL RIGHT COMPLAINT AS BEING IMPROPER

RULE 12 OF THE FEDERAL RULE OF CIVIL PROCEDURES HAS ESTABLISHED TIME FRAMES FOR THE GOVERNMENT. THERE IS NOTHING SO COMPLEX ABOUT THE CASE THAT REQUIRE EXTENSIVE RESEARCH AS THE GOVERNMENT CONTENDS.

THE FEDERAL BUREAU OF PRISONS RELY HEAVILY UPON RECORD KEEPING SO BOP ISSUES WOULD BE A MATTER OF RECORD.

DATE: 5-18-05

Coy Phelps IN PRO SE

COY PHELPS 18872-011
FMC - DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432

CERTIFICATE OF SERVICE

I COY PHELPS CERTIFY UNDER PENALTY OF PERJURY PURSUANT TO 28 USC 1746 THAT I PLACED A COPY OF THIS OBJECTION INTO A CORRECTLY ADDRESSED ENVELOPE AFFIXED WITH SUFFICIENT, AND PROPER, FIRST CLASS U.S. POSTAGE AND DEPOSITED THE ENVELOPE IN THE PRISON MAIL-BOX TO BE DELIVERED TO

1. DAMIAN W WILMOT, U S ATTORNEYS OFFICE, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MA 02210

DATE: 5-18-05

Coy Phelps IN Pro Se
COY PHELPS 78872-011
FMC DEVENS
42 PATTON ROAD
P.O. BOX 879
AYER, MA 01432