```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```
_____
COY PHELPS,                    )
                               )
            Plaintiff,         )
V.                             )    Civil Action No. 05-40003-GAO
                               )
DAVID WINN, et al.,            )
                               )
            Defendants         )
_____)

**DEFENDANTS' MOTION TO DISMISS**

Defendants in the above-captioned action hereby move, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), to dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction and failure to state a claim.  In support of this motion, the Defendants submit the accompanying Memorandum of Law in Support of their Motion to Dismiss.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:    /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              Boston, MA 02210
Dated: July 14, 2005          (617) 748-3100
```

CERTIFICATION UNDER L.R. 7.1

Because Petitioner is a pro se prisoner currently being treated in a federal medical facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.  It is the undersigned's position that because the Petitioner is *pro se* a 7.1 conference is unnecessary, as that Rule pertains to "counsel."

```
                               /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I certify that on July 14, 2005, I caused a copy of the foregoing Motion to be served on Petitioner by first class mail, postage pre-paid to Coy Phelps (78872-011), FMC-Devens, 42 Patton Road, P.O. Box 879, Ayer, MA 01432.

                                          /s/ Damian W. Wilmot
                                          DAMIAN W. WILMOT
                                          Assistant U.S. Attorney