UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS<br>    Petitioner<br><br>DAVID WINN, et. al.<br>    Respondent(s) | Case: 05-4003-GAO<br><br>MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS MADE ON JULY 14, 2005 |

PETITIONER filed a Civil Rights and Personal Injury Complaint against Bureau of Prisons employees and Public Health Service employees who are under contract with the U. S. Bureau of Prisons.

Respondents moved for a MOTION TO DISMISS and in its opening paragraph the Motion states only two defenses under Rule 12 of the Federal Rules of Civil Procedures: Rule 12(b)(1) Lack of Subject Matter Jurisdiction, and Rule 12(b)(6) Failure to State a Claim.

However, embedded in the Motion are **TEN** (10) other affirmative defenses which include:

(1) Failure to Exhaust Administrative Remedies(Page 2,3)
(2) Improper Venue ( Page 2, 6 )
(3) Barred by " Three Strikes "( Page 2, 7 )
(4) Lack of Clear and Concise Statement under Rule 8 of the Federal Rules of Civil Procedures( Page 2, 12)
(5) Respondeat Superior inapplicability (Page 2, 10 )
(6) Absolute Immunity ( Page 2, 9 )
(7) Violation of Prison Litigation Reform Act( Page 5 )
(8) Lack of Legal Jurisdiction( Page 6 )
(9) Lack of Personal Jurisdiction ( Page 9 )
(10) Qualified Immunity

Petitioner will need more time to address each of these defenses.

DATE: 7/20/2005

_____ In Pro Se
COY PHELPS   78872-011
FMC-DEVENS
P. O. BOX 879
AYER, MASSACHUSETTS  01432

## CERTIFICATE OF SERVICE

I, COY PHELPS, certify under penalty of perjury, pursuant to 28 USC 1746, that I placed a copy of this action into separate correctly addressed envelopes, affixed with sufficient and proper first class U. S. Postage, and deposited the envelope(s) into the prison mail-box, on the date indicated below, to be delivered to:

1. Damian W. Wilmot, AUSA, U. S. Attorneys Office,
   1 Courthouse Way, Boston, Massachusetts  02210

DATE: 7/20/ 2005

_____ In Pro Se
COY PHELPS   78872-011
FMC - DEVENS
P. O. BOX  879
AYER, MASSACHUSETTS
              01432