UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
FOURTH DIVISION

FILED
IN CLERKS OFFICE

2006 APR 28 A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

COY PHELPS
    PLAINTIFF

—v—

DAVID WINN, et. al.
    DEFENDANT(S)

CASE: 4:05-CIV-46503-GAO

MOTION TO TAKE JUDICIAL NOTICE

THE ABOVE PLAINTIFF (PHELPS) MOVES THIS COURT TO TAKE JUDICIAL NOTICE THAT

1. 18 USC 4243 REQUIRES PHELPS TO BE "HOSPITALIZED" INTO A PROPER AND ADEQUATE MENTAL HOSPITAL (US v SHERMAN, NDILL 1984, 722 FS 504) WHICH HAS BEEN APPROVED, AND CERTIFIED, BY THE SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES (18 USC 4247(i)) BUT NO B.O.P. FACILITY HAS SUCH APPROVAL OR CERTIFICATION

2. THE B.O.P. (FMC-DEVENS) OBTAINED ACCREDITATION FROM THE JOINT COMMISSION ON ACCREDITATION OF HEALTH CARE ORGANIZATIONS (JCAHCO) BUT RECENTLY LOST THAT ACCREDITATION DUE TO THE ABUSE AND MISTREATMENT OF THE MENTALLY ILL, THE NEGLIGENT CARE OF THE PHYSICALLY ILL, AND DUE TO THE COMPLAINTS OF THE GENERAL PUBLIC ON IMPROPER CARE AND THE FALSIFICATION OF RECORDS.

DATE SUBMITTED: 4-23-06

Coy Phelps IN PRO SE
FMC DEVENS P.O. BOX 879
AYER MASSACHUSETTS 01432

CERTIFICATE OF SERVICE

I COY PHELPS, CERTIFY UNDER PENALTY OF PERJURY PURSUANT TO 28 USC 1746 THAT I SENT A COPY OF THIS ACTION; PRE-PMA, TO

U.S. ATTORNEY, US ATTORNEYS OFFICE, 1 COURTHOUSE WAY SUITE 9200 BOSTON, MASSACHUSETTS 02210

DATE: 4-23-06

Coy Phelps IN Pro Se
Coy Phelps 78872-011
FMC-DEVENS
PO BOX 879
AYER MA 01432