UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS )
    Petitioner ) Case No: 4:06-CV-40003-GAO
 )
-v- ) MOTION FOR JOINDER OF CASES,
 ) CLAIMS, ISSUES, AND PARTIES
DAVID WINN, et.al. )
    Respondent(s) )
 ) Date: 10/23/2006

FILED
CLERKS OFFICE
2006 OCT 24  A 2: 29
U.S. DISTRICT COURT
DISTRICT OF MASS

    The above Petitioner ( Phelps ) moves this court, pursuant to Rule 18 of the Federal Rules of Civil Procedures, to join the cases below, and the claims, issues, and parties contained therein, for a consolidated judgment.

| | |
|---|---|
| Phelps v Winn, et.al. | 4:05-cv-40003-GAO |
| Phelps v Colautti, et.al. | 4:06-cv-40011-GAO |
| Phelps v Bracy, et. al. | 4:06-cv-40090-GAO |

    All of the above cases are Civil Rights actions and have been related by the court.

DATE: 10/23/2006   _____ In Pro Se
                         COY PHELPS  78872-011
                         FMC-DEVENS
                         P.O. BOX  879
                         AYER, MASSACHUSETTS
                               01432

## CERTIFICATE OF SERVICE

I, COY PHELPS, certify under penalty of perjury, pursuant to 28 USC 1746, that I placed a copy of this action into separate correctly addressed envelopes, affixed with proper and adequate first-class U.S. Postage, and deposited the pre-paid envelopes into the prison mail-box, or gave the pre-paid envelopes to a prison official, on the date indicated below, to be delivered to the following:

1. JENIFER C. BOAL, AUSA., U.S. Attorneys Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210

2.

3.

4.

5.

6.

7.

8.

9.

DATE: 10/17/2006

In Pro Se
COY PHELPS   78872-011
FMC-DEVENS
P.O. BOX 879
AYER, MASSACHUSETTS
01432

---

HOUSTON v LACK, 1988, 487 US 266 ( papers deemed filed when deposited in a prison mail-box or given to a prison official.)
WILLIAMS v WADE, WD Wis 2005, 354 FS2d 894 ( Rule applies to Service of Process also.)