UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS, )<br>)<br>Petitioner, )<br>v. )<br>)<br>DAVID WINN, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-40003-GAO |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Respondents.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney


              By:   /s/ Jennifer C. Boal
                    Jennifer C. Boal
                    Assistant U.S. Attorney
                    John J. Moakley U.S. Courthouse
                    1 Courthouse Way, Suite 9200
                    Boston, MA  02210
                    (617) 748-3100


Dated: October 30, 2006

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, was served upon Petitioner, Coy Phelps (78872-011), FMC-Devens, 42 Patton Road, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

October 30, 2006                                                           /s/ Jennifer C. Boal  
                                                                                    Jennifer C. Boal