UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS<br>      Petitioner<br><br>-v-<br><br>-v-<br><br>DAVID WINN, et.al.<br>DAVID WINN, et.al.<br>SARA RASMUSSEN, et.al.<br>DARREN BRACY, et.al.<br>HOWARD HAAS, et.al.<br>HOWARD HAAS, et.al.<br>      Respondents | Case:  05-40003-GAO<br>          05-40042-GAO<br>          06-40082-GAO<br>          06-40090-GAO<br>          06-40143-GAO<br>          06-40163-GAO<br><br>REPLY TO RESPONDENT'S MOTION<br>TO CONSOLIDATE CASES, TO STAY<br>DISCOVERY, AND OPPOSITION TO<br>PLAINTIFF'S MOTION<br>FOR DISCOVERY<br><br>DATE: 12/30/2006 |

The above Petitioner filed a motion to join several cases and a motion for discovery.

Petitioner requested that all the habeas corpus actions to be joined together into a single action and that all of the civil rights complaints to be joined together into another single action.

The respondents have made a motion to join cases but has moved to join the habeas corpus actions and the civil rights cases into a single case. Petitioner does not know if that is permissible. To him, sheep must be confined with sheep and horses must be confined with horses.

Respondents have moved to stay discovery and to deny Petitioners motion for discovery.

All of the above cases are active pending a motion to dismiss. The court can allow discovery while the cases are active and when a motion to dismiss is still under review ( <u>Marshall v McCowan Deleeuw & Co</u>, D Idaho 2005, 391 FSupp2d 880 at 882.)

DATE: 12/30/2006

                                                                    _____ In Pro Se
                                             COY PHELPS   78872-011
                                             FMC-Devens
                                             P.O. Box 879
                                             Ayer, Massachusetts
                                                     01432

## CERTIFICATE OF SERVICE

I, COY PHELPS, certify under penalty of perjury, pursuant to 28 USC 1746, that I placed a copy of this action into separate correctly addressed envelopes, affixed with proper and adequate first-class U.S. Postage, and deposited the pre-paid envelopes into the prison mail-box, or gave the pre-paid envelopes to a prison official, on the date indicated below, to be delivered to the following:

1. JENIFER C. BOAL, AUSA., U.S. Attorneys Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts  02210

2.

3.

4.

5.

6.

7.

8.

9.

DATE: 12/30/2006

In Pro Se
COY PHELPS  78872-011
FMC-DEVENS
P.O. BOX 879
AYER, MASSACHUSETTS
 01432

HOUSTON v LACK, 1988, 487 US 266 ( papers deemed filed when deposited in a prison mail-box or given to a prison official.)
WILLIAMS v WADE, WD Wis 2005, 354 FS2d 894 ( Rule applies to Service of Process also.)