UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS
        Petitioner

        -v-

DAVID WINN, et.al.
        Respondent(s)

Case No: 05-40003-GAO

MOTION FOR APPOINTMENT OF
COUNSEL

Date: 2/20/2007

FILED
CLERKS OFFICE

2001 FEB 26  P 1: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

Comes now the above Petitioner COY PHELPS ,appearing in pro se, and moves this court to appoint counsel to represent him in the above action for the following reasons:

1. The Petitioner is elderly and in poor health, and cannot afford private counsel; And Petitioner is incarcerated in prison;

2. The petitioner has been declared as being mentally ill and mentally disabled;

3. The action has merit and is not frivolous;

4. The action is complex and will require professional analysis, supervision, and management;

5. Counsel is better able to penetrate the issues and is better able to discover the truths of matters;

6. Counsel is needed to promote justice, to prevent a miscarriage of justice, and to meet the ends of justice;

7. Counsel is better able to protect, preserve, and to defend the rights of the Petitioner;

8. The claims, and issues, are critical and will require expert presentation of facts; And will require a proper and adequate examination of witnesses; And will require the collection, assimulation, and organization of facts and evidence;

9. The Petitioner is unlearned in the law, in the requirements of the judiciary, and the requirements of the Rules and Procedures, and the Petitioner does not have the requisite skills, knowledge, or experience of courtroom protocols.

DATE: 2/20/2007

_____ In Pro Se
COY PHELPS  78872-011
FMC-DEVENS
P.O. BOX  879
AYER, MASSACHUSETTS
        01432