Case 4:05-cv-40003-GAO   Document 32   Filed 03/28/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40003-GAO

COY PHELPS,
Plaintiff

v.

DAVID WINN, et al.,
Defendants

ORDER
March 28, 2007

O'TOOLE, D.J.

This order resolves the following pending motions:

•   Motion to Amend the Complaint (dkt. no. 19) - DENIED as this is the second proposed amendment, which was filed after the defendants' Motion to Dismiss was filed, and the plaintiff offers no justification for the late proffer.

•   Motion to Take Judicial Notice (dkt. no. 20) - DENIED

•   Motion to Submit New Information on the Above Case (dkt. no. 23) - DENIED

•   Motion to Appoint Counsel - (dkt. no. 29) - DENIED

•   Motion to Bifurcate (dkt. no. 30) - DENIED

•   Motion to Attend Hearings via Telephone or Video Conference (dkt. no. 31) - DENIED without prejudice as no hearings are scheduled at this time.

   It is SO ORDERED.


   March 28, 2007                                   /s/ George A. O'Toole, Jr.
DATE                                                DISTRICT JUDGE