UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COY PHELPS

    PETITIONER

  - V -

DAVID WINN, et al

    RESPONDENTS

CASE  05-40003-GAO

OBJECTIONS

DATE: 9-28-2007

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT DISTRICT OF MASS.
2007 OCT -3 P 12: 04

---

PETITIONER OBJECTS TO THE DISMISSAL OF RESPONDENT PARTIES Bellinger, Dold, Thompson, Harvey, Davis, Fletcher, Blazon, Leonard, and Schneck and the claims and issues related thereto in order to preserve his right to appeal the dismissals.

DATE: 9-28-07

             _Coy Phelps_ _____ IN PRO SE

             COY PHELPS 78872-011

             FMC- DEVENS

             P O Box 879

             AYER MA  01432