UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS, )<br>)<br>    Plaintiff, )<br>) | Civ. No. 05-CV-40003-GAO |
| v. )<br>)<br>DAVID WINN, et al. )<br>)<br>    Defendants. )<br>) | |

## NOTICE OF APPEARANCE OF SONYA A. RAO

Please enter my appearance in the above-captioned action as counsel for the Defendants.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

            By:     /s/ Sonya A. Rao
                     SONYA A. RAO
                     Assistant U.S. Attorney
                     John J. Moakley U.S. Courthouse
                     1 Courthouse Way, Suite 9200
                     Boston, MA 02210
                     (617) 748-3100

Date: October 9, 2007

**CERTIFICATE OF SERVICE**

      I certify that, on October 9, 2007, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF SONYA A. RAO** to be served, via first class mail, postage pre-paid, on the following pro se Plaintiff:

      Coy Phelps, #78872-011
      FMC Devens
      P. O. Box 879
      Ayer, Massachusetts  01432.


      By:    /s/ Sonya A. Rao
           SONYA A. RAO
           Assistant U.S. Attorney
           John J. Moakley U.S. Courthouse
           1 Courthouse Way, Suite 9200
           Boston, MA 02210
           (617) 748-3100

Date: October 9, 2007