UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COY PHELPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 05-CV-40003-GAO |
| v. ) | |
| ) | |
| DAVID WINN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO WITHDRAW DAMIAN W. WILMOT AS COUNSEL FOR DEFENDANTS**

Defendants move this Court to withdraw Damian W. Wilmot as counsel for the Defendants in the above-captioned action because Mr. Wilmot has left the employ of the United States Attorney's Office for the District of Massachusetts. Therefore, the Defendants respectfully request that the Court allow Mr. Wilmot to be withdrawn as counsel for the Defendants in this action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Sonya A. Rao
SONYA A. RAO
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: October 10, 2007

**CERTIFICATE OF SERVICE**

     I certify that, on October 10, 2007, I caused a copy of the foregoing **MOTION TO WITHDRAW DAMIAN W. WILMOT AS COUNSEL FOR DEFENDANTS** to be served, via first class mail, postage pre-paid, on the following pro se Plaintiff:

        Coy Phelps, #78872-011
        FMC Devens
        P. O. Box 879
        Ayer, Massachusetts  01432.

        By:   /s/ Sonya A. Rao
                SONYA A. RAO
                Assistant U.S. Attorney
                John J. Moakley U.S. Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3100

Date: October 10, 2007