UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 NOV -9 P 12:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COY PHELPS<br><br>PETITIONER<br><br>-v-<br><br>DAVID WINN, et.al.<br><br>RESPONDENTS | CASE: 05-40003-GAO<br><br>PETITIONER'S<br><br>OPPOSITION TO RESPONDENT'S<br><br>RULE 12(e) MOTION MADE ON<br><br>11-2-2007<br><br>DATE: 11-6-07 |

RESPONDENTS HAVE MOVED THIS COURT TO ALLOW THEM TO TAKE TWO BITES OF THE APPLE WHEN THE FEDERAL RULES OF CIVIL PROCEDURES ALLOW ONLY ONE. THEY HAVE MOVED THE COURT TO ISSUE AN ORDER TO THE PETITIONER FOR A MORE DEFINITE STATEMENT WITHOUT ATTACHING AN AFFIDAVIT SHOWING THAT SUCH IS NECESSARY AND WITHOUT IDENTIFYING ANY SPECIFIC CLARIFICATION. THEY MAKE A BOILERPLATE ALLEGATION THAT THE COMPLAINT IS TOO AMBIGUOUS AND VAGUE FOR THEM TO UNDERSTAND (RUBBER STAMPING THE TEXT OF THE RULE.)

1. ON 12-30-2004 PHELPS FILED A COMPLAINT BY GIVING IT TO A PRISON OFFICIAL AND IT WAS DOCKETED ON 1-5-05.

2. ON 1-30-2005 PHELPS AMENDED THE COMPLAINT BEFORE ANY RESPONDENT WAS SERVED.

3. ON 3-4-2005 SUMMONS WERE ISSUED BY THE COURT CLERK AND RESPONDENTS WERE SUBSEQUENTLY PROPERLY, AND TIMELY, SERVED AND THE RESPONDENTS HAD UNTIL 5-5-2005 TO RESPOND.

4. The Respondents made an untimely motion to dismiss on 7-13-2005 and made two affirmative defenses: Rule 12(b)(1) lack of subject matter jurisdiction, and Rule 12(b)(6) failure to state a claim.

5. Phelps filed a timely opposition to the motion to dismiss on 7-25-2005.

Now the government comes to court acting as if no past proceedings occurred avoiding the "raise or waive" rule and seeks to delay the proceedings, which has been in court for three years.

On 9-27-2007 the court dismissed respondent parties Bollinger, Dold, Thompson, Harvey, Fletcher, Blazon, Leonard, and Sonnega; and Phelps objected to their dismissal.

Although Potolicchio is still a party, he is no longer an employee at FMC Devens. Because he assaulted Phelps (and admitted it) he was placed on the "Transfer Out/Resignations" list (see attachment) that means he either was forced to resign, or was forced to work at another federal agency, or his employment was involuntarily terminated.

Ironically, neither Dold, Thompson, Harvey, Fletcher, or Leonard are employees of the BOP.

As to the governments motion for a more definite statement — they must have a copy entirely different from others. The pages of the complaint are numbered; the complaint has headings and sub headings; beginning at page 3, all paragraphs are numbered; the statement of facts have numbered sections; the cause of action

SECTION ARE SUB-TITLED; THE SUMMARY AND CONCLUSION HAS NUMBERED SECTIONS; AND EVEN THE PRAYER FOR RELIEF HAS NUMBERED SECTIONS AND SUB-SECTIONS.

A MOTION FOR A MORE DEFINITE STATEMENT SHOULD NOT BE GRANTED WHEN THE COMPLAINT IS "SUFFICIENT" (TOWNSEND v BOSTON & M RR, DMASS 1940, 35 FSupp 938) AND EVEN IF THERE IS ONLY ONE SKELETAL PARAGRAPH THAT IS SUFFICIENT, IT IS ENOUGH FOR THE DEFENDANTS TO RESPOND (COX v MAINE MARITIME ACADEMY, DMe 1988, 122 FRD 115.)

THE RESPONDENTS DID NOT MAKE AN AFFIDAVIT SHOWING A NEED FOR A MORE DEFINITE STATEMENT AND WITHOUT AN AFFIDAVIT, THE COURT CAN ONLY SPECULATE ON THE MATTER ASSERTED (BICKWELL v LLOYD SMITH, DCNY 1938, 25 FSupp 657.)

THE COMPLAINT WAS SUFFICIENT FOR THE RESPONDENTS TO MAKE AN MOTION TO DISMISS ON 7-13-2005.

THE COMPLAINT WAS SUFFICIENT FOR THE COURT TO ISSUE AN ORDER ON 9-27-2007 BASED UPON ITS READING.

THE RESPONDENTS MOTION FOR A MORE DEFINITE STATEMENT IS NOT APPROPRIATE AND IS PRETEXTUAL FOR SOME ULTERIOR MOTIVE TO DELAY THE PROCEEDINGS, AND THE MOTION SHOULD BE DENIED.

DATE: 11-06-07

Coy Phelps IN Pro Se
COY PHELPS 78872-011
FMC-DEVENS
P.O. Box 879
AYER MA 01432

3

| | |
|---|---|
| AN D. | |
| RT D. | |
| M. | |
| STOPHER S. | |
| M. | |
| TINA A. | |
| L F. | |
| H. | |
| A. | |
| T M. | |
| E. | |
| M. | |
| D M. | |
| ANN | |
| HLEEN A. | |
| R. | |
| PH M. | |
| TYN L. | |
| M. | |
| ELIAS | |
| Y. | |
| A. | |
| AR | |
| THY J. | |
| J. | |
| JRE ROBERT | |
| K T. | |
| S E. | |
| W. | |
| TCK R. | |
| J. | |
| CK L. | |
| TOPHER C. | |
| R A. | |

## TRANSFERS IN/NEW HIRES (SINCE 2/23/05)

| | | |
|---|---|---|
| Sheryl Rochon | John Asare | Rafael Miranda |
| Arun Verma | Jonathan Bone | Adrian Maxey |
| John Hay | Tracy Dickens | Paul Desilets |
| Lee Cook | Amy Taylor | Anthony Giambrocco |
| Tamar Rizk-Allan | Diana Ortiz | |
| Linda Lynde | | |

## TRANSFERS OUT/RESIGNATIONS

| | |
|---|---|
| Pedro Roman | Concepcion Molina |
| Mitch Huffman | Diane Kilduff |
| Holly Brodeur | Helen Flagg |
| Fazal Bhatti | Ryan Larson |
| Mark Shaughnessy | Heidi Larson |
| Bradley Potolocchio | Richard Harsany |
| John Hancock | Peter Schulz |
| Brian Huntoon | Kristen Adam |
| Kyle Beach | Andy Tietjen |
| Linda Granados | Jeff Powers |
| Patty Jenkinson | Cindy Ojeda |
| Jennifer Mullins | Maria Yapondjian |
| Joseph Allen | Jeroda Smith |
| Toni Nichols | Linda Duby |
| Thomas Flaven | Marilyn Park |
| Angel Santiago | Susan LaPrade |
| Scott Jenkinson | Russell Bloomfield |
| Michael Cabral | Colleen Lavorato |