UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40003-GAO

COY PHELPS,
Plaintiff

v.

DAVID WINN, B. POTOLICCHIO, H. HAAS,
Defendants.

ORDER
November 20, 2007

O'TOOLE, D.J.

The defendants' Motion for a Stay of Discovery (dkt. no. 42) is DENIED, except that as the Federal Rules of Civil Procedure provide, the parties will not conduct discovery until the pleadings have been completed and the parties have conferred pursuant to Fed. R. Civ. P. 26(f).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge