UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COY PHELPS                        )  Case No: 4:cv-05-40003-GAO
              Petitioner          )
                                  )
        -v-                       )       MOTION TO TAKE NOTICE OF
                                  )  ATTEMPTS TO LOCATE REPRESENTATION
CAROLYN SABOL, et.al.             )
              Respondents         )
                                  )  Date:  3/18/2008

The above petitioner filed a motion for an appointment of counsel
in the above case and the motion was denied.  The petitioner now
request that the court take notice of the attempts that the
petitioner has made to locate an attorney, or law firm, or legal
organization for representation but has failed to locate anyone.

   The attached listing is a partial listing.


DATE:   3/18/2008

                                   _____ In Pro Se
                            COY PHELPS    78872-011
                            FMC-DEVENS
                            P.O. BOX  879
                            AYER, MASSACHUSETTS
                                        01432


                            CERTIFICATION

   I, COY PHELPS, certify under penalty of perjury, pursuant to
28 USC 1746, that the names  and addresses on the attached list are
accurate and that I attempted to contact the people, agencies,
organizations,   and   businesses   on   the   listing   for   legal
representation but all of the listing rejected, denied, or refused
to respond to the requests for representation ( exceptions noted in
the listings.)

DATE:  3/18/2008

                                   _____ In Pro Se
                            COY PHELPS    78872-011
                            FMC-DEVENS
                            P.O. BOX  879
                            Ayer, Massachusetts
                                        01432

## LEGAL ORGANIZATION AND ATTORNEYS CONTACTED

1.  ACLU, 132 West 43rd Street, NY, NY 10036

2.  American Society of Law and Medicine, 765 Commonwealth Avenue, Boston, Massachusetts   02215

3.  Legal Services for Prisoners, 1540 Market Street, #490, San Francisco, California  94310

4.  Human Rights Watch, 1630 Connecticut Avenue, NW   #500, Washington DC 20009

5.  Prison Watch Project, 89 Market Street, 6th Floor, Newark, NJ  07102

6.  ACLU Prison Project, 733 15th St NW   #620, Washington, DC 20005

7.  Rachel Lederamn, 558 Capp Street, San Francisco, California 94110

8.  Jan Rubens, P.O. Box 416, Palo Alto California  94302

The above list is only a partial list. Phelps contacted more than 700 other attorneys, law firms, and legal organizations and maintained a list but Officer Krauss and Officer Dudas spitefully destroyed many legal documents from the courts, letters from attorneys, and other papers, including the listings of people contacted. Phelps filed complaints against the officers but no action was taken against them.

Phelps contacted many mental health professionals and maintained a list of possible witnesses to be used at the trials, but Krauss and Dudas spitefully and maliciously destroyed these files in retaliation of Phelps filing complaints against them and against other officers.

All of the attorneys that Phelps contacted would not accept any of the cases that Phelps had in court.  ALL of them stated that the cases were too complex for them.

One stated that he wanted simple cases such as " slip and fall" cases.

Of the very few that would accept the cases, noone would accept the cases on a contingency basis.  Each wanted a retainer fee in addition to an hourly fee and costs.  The minimum retainer fee was $25,000.$^{00}$ ( the maximum was $150,000.$^{00}$ )

The minimum hourly fee was $200.$^{00}$ per hour and the maximum hourly fee was $350.$^{00}$ per hour.

Paying court filing fees of $4,000.$^{00}$ over a five year period is greatly different from the exorbitant cost the attorneys demanded.

No attorney would accept the cases on a pro bono standing. No legal organization would accept the cases on a pro bono standing.... not even those who accept pro bono cases.

Each time Phelps would read a case in the law books that was similiar to his, he would contact the attorney that represented the case to ask the attorney to represent him.  No attorney accepted the cases.

Most of the attorneys did not even respond to the letters. Phelps dose not know if they just refused to answer or if the employees at the prison just destroyed his mail out of spiteful retaliation( as they have done.)

9.   Cassie Pierson, 1540 Market Street #490, San Francisco, California 94102

10.  Cynthia Chandler, 1322 Webster Street, #210, Oakland California 94612

11.  Donna Brorby, 605 Market Street, 9th Floor, San Francisco, California 94105-3211

12.  Gordon Kaupp.................415-285-8091(San Francisco)

13.  Jonathan Zucker, Lincoln Building, 514 10th St NW, 9th Floor, Washington, DC 20004

14.  Law offices of Todd A Bussert, 103 Whitney Ave #4, New Haven CT 06510-1229

15.  Andrea Moseley,(Awerling, Leibig & Moseley PC) 108 N. Alfred Street, Alexandria VA   22314

16.  Jenifer Wicks, Webster Building, 503 D Street NW # 250A, Washing ton DC   20001

17.  Angela Whitley, 320 West Broad St, Richmond Virginia 23220

18.  Mid Alantic innocence Project, American University Washington College of Law, 4801 Massachusetts Ave, Washington DC 20016

19.  Public Defenders Service. 633 Indiana Ave NW Washington DC 20004

20.  Criminal Justice Clinic, Georgetown University Law Center, 111 F Street NW Room 130, Washington, DC 20001

21.  Lawyers Referral Service, 1225-19th Street NW #800, Washington DC 20036

22.  Washington Lawyers Committee for Civil Rights, 11 Dupont Circle NW, #400, Washington DC 20036

23.ACLU of Massachusetts, 211 Congress Street, Boston Mass 02210

24.  Harvard Prison Legal Assistance Project, Gannett House 100, Harvard Law School, Cambridge MASS 02138

25.  Massachusetts Correctional Legal Services, 8 Winter Street, 11th Floor, Boston Mass   02108

26.  Suffolk County Inmate Letal Services, 20 Bradston Street, Boston Mass 02118

27.  Prison Project, AFSC, 2161 Massachusetts Ave, Cambridge MA 02140

28. Gelb & Gelb Law Offices, 84 State Street, Boston Mass 02109

29. Daniels Law Office, 1 Center Plaza, Boston MA 02108-1801

30. Garguiuio/Rudnick LLP, 66 Long Wharf, Boston MA 02210

31. Swartz, McKenna & Lynch LLP, 45 School St, Boston MA 02108

32. Richard J. Bombardo, 11 Beacon St, #625, Boston MA 02108

33. Norman Kaplan, 92 State Street, 6th Floor, Boston MA 02109

34. DeMaria & Associates PC, 6 Beacon Street, Boston MA 02108

35. O'Brien & White, PC, 50 Congress St, Boston MA 02109

36. Williams & Associates, 11 Beacon Street #1100, Boston MA 02108

37. Masterman, Culbert & Tully LLP, 1 Lewis Wharf, Boston MA 02110

38. Richard C Bardi, 6 Beacon Street, #230, Boston Mass 02108

39. Samuel B. Glodberg, 225 Franklin Street, 36th Floor, Boston Massachusetts 02210-1201

40. Curtis C. Pfunder, 92 State St, Boston Mass 02109

41. Maureen E. Curran, LLC 50 Congress Street #314, Boston Mass 02109

42. Parker Scheer, LLP, 1 Constitution Center, Boston Mass, 02108

43. John F. Palmer, 24 School Street, Boston Mass 02108

44. Altman & Martin, 6 Beacon Street, #600, Boston Mass 02108

45. Alexander I Shapoval PC, 124 Main Street, Boston MA 02109

46. Peter J. Marino, PC, 35 India Street, # 3, Boston MA 02210

47. Sugarman & Sugarman, PC, 1 Beacon Street, Boston MA 02108

48. Farrah Law Offices, 1 Washington Mall, 5th Floor, Boston MA 02108

49. Jenifer DeCristofaro Law Office, 77 Franklin Street, Boston MA 02110

50. Grayer & Dilday, 27 School Street, #400, Boston MA 02108

51. Brendan G King, 10 Tremont Street, Boston MA 02108

52. Jonathan Albano, % Bingham McCutchen Ll.p, 150 Federal Street, Boston Mass 02210

53. H Glen Alberich, %Burns & Levinson LLP, 125 Summer Street, Boston MA 022101624

54. John Barker, & Michlenzie & Sawin, LLC, 745 Boylston Street, Boston MA 02210

55. Gerald Caruso, % Rubin & Rudman LLp 50 Rowes Wharf, Boston MA 02210

56. Daniel Cloherty, % Dwyer & Collora, LLC, 600 Atlantic Avenue, Boston MA 02210-1122

57. Philip Cormier, % Good & Cormier, 83 Atlantic Ave, Boston MA 02210-3711

58. Paula DeGlacomo, & Greenberg Traurig,LLP, 1 International Plaza, Boston MA 02110

59. Walter Foster, % Sheehan Phinney Bass + Green, PA, 1 Boston Place, Boston MA 02108-4404

60. Michael Gass, % Edward Angeli Palmer & Dodge LLP, 111 Hunington Ave, Prudential Center, Boston MA 02199-7613

61. Gabriel Metmer, % Foley Hoag LLP, Seaport World Trade Center, 155 Seaport Blvd, Boston MA 02210-2600

62. Nicholas Kenney, & Cosgrove, Eisenberg & Kiley PC, # 1820, 1 International Place, Fort Hill Square, Boston MA 02210

63. Robert Pierce, & Pierce & Mandell,PC, 11 Beacon Street, #800, Boston MA 02108

64. Jeffery Pyle, & Prince, Lobel, Glovsky, & Tye LLP, 100 Cambridge Street, # 2200, Boston MA 02114

65. Elizabeth Ritvo, & Brown, Rudnick,Berlack, Israels LLP, 1 Financial Center, Boston MA 02111

66. Martin Rooney, & Curley & Curley, PC, 27 School Street, Boston MA 02108-4391

67. Martin Rosenthal, 65A Atlantic Ave, Boston MA 02110

68. Robert Sherman, % Greenberg Traurig LLP, 1 International Place, Boston MA 02110

69. Joseph Steinfield, % Prince, Lobel, Glovsky, & Tye LLp, 100 Cambridge St #2200, Boston MA 02114

70. Carl Valvo, % Cosgrove, Eisenberg, and Kiley PC, #1820, 1 International Plaza, Boston MA 02110

71. Mark White, % O'Brien & White, PC, 50 Congress Street, Boston MA 02109

72.  Michael Williams, % Lawson & Weitzen LLP, 88 Black Falcon Ave, Boston MA 02210

73.  M Reed Witherby, % Smith & Duggan LLP. 2 Center Plaza, Boston MA 02108-1906

74.  Brian Buckley, % Fletcher, Tilton, & Whipple, PC, The Guarity Building, 370 Main Street, Worcester MA 01608

75.  Meletios Chacharone, % Glickman, Sugarman, Kneeland & Gribouski, 11 Harvard Street, P.O. Box 2917, Worcester MA 01613

76.  Beverly Chorbajian, 390 Main St, #659, Worcester MA  01608

77.  Noel Dumas, % Abigail Williams & Associates, PC, 340 Main St, Worcester MA 01608

78.  Peter Ettenberg, % Gould & Ettenberg, PC, 370 Main St, Worcester, MA 01608

79.  Robert Fontana, % Abigail Williams & Associates, PC, 340 Main Street, Worcester MA 01608

80.  James Gribouski, % Glickman, Sugarman, Kneeland, & Gribouski, 11 HArvard Street, P.O. Box 2917, Worcester, MA 01613

81.  Darragh Kasakoff, % Seder & Chandler, LLP, Burnside building, 339 Main Street, Worcester MA 01608

82.  Barbara Katzenberg, % Wolfson, Keenan, Cotton & Meagher, PA, 390 Main Street, #1000, Worcester MA 01608

83.  David Kneeland Jr., % Glackman, Sugarman, Kneeland, & Gribouski, 11 HArvard Street, O.O. Box 2917, Worcester, MA 01613

84.  Jennifer Lennon, % Fuller, Rosenberg, Palmer, & Belliveau, LLP, 340 Main Street, # 817, Worcester MA  01608

85.  Marina Matuzek, 592 Main St, Worcester MA 01608

86.  Amy Monopoll, % Michael Monopoli, 255 Park Avenue, # 205, Worcester MA 01609-1985

87.  Mark Monopoli. % Michael Monopoli, 255 Park Ave, # 205, Worcester MA 01609-1985

88.  Michael Monopoli, 255 Park Ave, # 205, Worcester MA, 01609

89.  Steven Power, % Glickman, Sugarman, Kneeland & Gribouski, 11 Harvard Street, P.O. Box 2917, Worcester, MA 01613

90. Margaret Reardon Stuberg, % Burns & Farrey, 446 Main Street, 22nd Floor, Worcester MA 01608-2302

91. Robert Towie, % Fuller, Rosenberg, Palmer & Beliveau, LLP, 340 Main Street, #817, Worcester MA 01608

92. Cynthia Welter, % Fuller, Rosenberg, Palmer & Beliveau, LLP, 340 Main Street, Worcester MA 01608

93. Marc Goldstein, % Beveridge & Diamond, PC, 45 William Street, #120, Wellesley, MA 02481-4004

94. Massachusetts Lawyer Referral & Information Service-Boston, 20 West Street, Boston MA 02111

95. Boston Bar Assn Lawyer Referral Service, 16 Beacon Street, Boston MA 02108

96. Volunteer Lawyer Project, 29 Temple Place, Boston MA 02120

97. Greater Boston Legal Services, 197 Friend Street, Boston MA 02114

98. Legal Advocacy and Resource Center    617-742-9179

100. American University Civil Practice Clinic, 4801 Massachusetts Ave NW, Washington DC 20016

101. ARC of DC, 817 Varnum St NE, #229, Washington DC, 20017

102. Archdiocesan Legal Network, 924 G Street NW, Washington DC 20001

103. University Legal Services, 300 I Street NE, #200, Washington DC, 20002

104. Whitman-Walker Clinic Legal Services Dept, 1701- 16th St NW, Washington DC 20009

105. Legal Information Helpline, 1280 H Street, 6th Floor, Washington DC 20005

106. George Washington University Public Justice Clinic, 2000 G Street, NW, # 200, Washington DC 20052

107. Legal Aid Society of DC, 666 - 11th Street NW, 8th Floor, Washington DC 20001

108. Legal Counsel for the Elderly, 601 E Street NW, Building A, 4th Floor, Washington, DC   20049

109. DC Law Student in COurt, 306 7th Street NW #300, Washington DC 20001

110.    DC Lawyers Referral Service, 1819 H Street NW, 12th Floor, Washington DC  20006

111.    DC Prisoners Legal Project, 2639 Connecticut Ave NW #225, Washington DC 20008

112.    Catholic  University General Practice Clinic, 3602 John McCormack Road, Catholic University Campus, Washington DC 20001

113.    Amnesty Inernational, 322 8th Ave, NY, NY 10001

114.    Gregory Spence, Esq, P.O. Box 548, Jackson, WY 83001.

115.    Georgetown University Law School legal clinic,  37th & O Sts NW  Washington DC 20057

116.    Center for Constitutional Rightsd, 666 Broadway, 7th Floor, NY NY 10012

117.    NC Center of Actual Innocence, P.O.  Box 52446, Shannon PlazaStation, Durhan, NC 27717-2446

118.    NC Prisoners Legal Services, PO Box 2397, Raleigh NC 27611

119.    Benjamin Cardoza School of Law, 55 Fifth Street, NYNY 10003-4391

120.    UNC Prisoners Project, UNC School of Law, Chapel Hill NC 27514

121.    Golden Gate University Law School, 536 Mission St, San Francisco, Ca

122.    San Francisco School of Law, 20 Haight St, San Francisco, CA

123.    Oakland School of Law, 120 -11th Street, Oakland California

124.    Bolt School of Law, U niversity of California at Berkeley, 94720

125.    Hastings Schooly of Law, University of California at San Francisco, 200 MCAllister Street, San Francisco, California

126.    American Institute for Law and Justice, P.O. Box 64429, Virginia Reed VA 23467.

127.    Rutherford Institute, P.O . Box 7482, Charlotteville VA 22906.

128.    Christian Law Firm, 5666 Seminole Blvd #2, Seminole FL 33772

129.    Northern California Innocence Project, Santa Clara University School of Law, 874 Lafayette St, Santa Clara Calif 95050

130.    Amrican Civil Liberties Union  Massachusetts, 19 Temple Place, Boston MA  02111

131. The Disability Law Center, 11 Beacon St. #925, Boston MA 02108

132. Committee for Public Counsel Services, 44 Bromfield St  Boston MA 02108

133 Center for Public Resprsentation, 22 Green Street, Norhampton MA 01060

134. Colation for Prisoners Rights, Box 1911, Santa Fe NM 87504

135. Alan Ellis ESq, BOX 2178, Sausalito Calif 94966-2178

136. Innocence Project, Madeline Delone Esq, 100 Fifth Street, 3rd Floor, NY,NY 10021

137. Roberto Braceros, 53 State Street, Boston MA  02109

138.  Diviacchi Law Office, 111 Beide Street, #1A, Boston MA 02111-2532

139. William Schmidt, 791 Price Street, #170, Pismo Beach, California, 93449

140. Butler Legal Group, 818-18th Street NW, #630 and 1010, Washington DC

141. Marcia Shein, PC  2392 N. Decatur Road, Decatur, GA 30033

142. Andrew Scharkin, 350 Jericho Turnpike, Jericho NY 11753

143. Charles Carbone Esq., PMB 212, 3218- 3218-16th Street, San Francisco, California    94103

144.  Steve DeFilippis Esq, 625 N. First  St, San Jose,Calif 95712

145.  Marilee Marshall & Associates Inc., 523 W. 6th Street, #1109, Los Angeles, California   90014

146. Michael Levine, 400 SW 6th Ave, #600, Portland OR 97204

## CERTIFICATE OF SERVICE

I, COY PHELPS, certify under penalty of perjury, pursuant to
28 USC 1746, that I placed a copy of this action into separate
correctly addressed envelopes, affixed with proper and adequate
first-class U.S. Postage, and deposited the pre-paid envelopes
into the prison mail-box, or gave the pre-paid envelopes to
a prison official, on the date indicated below, to be delivered
to the following:

1. SONYA A. RAO, AUSA, U.S. Attorneys Office, 1 Courthouse Way,
   Suite 9200, Boston, Massachusetts, 02210

2.

3.

4.

5.

6.

7.

8.

9.

DATE: 3 / 18 / 200 8

In Pro Se

COY PHELPS   78872-011
FMC-DEVENS
P.O. BOX  879
AYER, MASSACHUSETTS
                    01432

HOUSTON v LACK, 1988, 487 US 266 ( papers deemed filed when deposited in
a prison mail-box or given to a prison official.)
WILLIAMS v WADE, WD Wis 2005, 354 FS2d 894 ( Rule applies to Service of
Process also.)