UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COY PHELPS<br>　　　Plaintiff<br><br>　　　-v-<br><br>DAVID WINN, et.al.<br>　　　Defendants | Case No: 4:05-cv-40003-GAO<br><br>MOTION TO COMPEL DISCOVERY<br>OR IN THE ALTERNATIVE<br>MOTION TO IMPOSE SANCTIONS |

PURSUANT to 28 USC §1361 and Rule 26 of the Federal Rules of Civil Procedures, the above Plaintiff COY PHELPS moves this court to compel the defendants in this action to produce discovery or impose sanctions on the defendants for refusing to provide discovery in the above case.

On 9-27-2007 the defendants moved the court to stay discovery. On 11-20-2007, the court denied the motion to stay discovery and indicated that a discovery conference should be held pursuant to Rule 26(f) of the Federal Rules of Civil Procedures.

The defendants have continiously refused to respond to Phelps' requests for admissions and have continiously refused to answer interrogatories.

Phelps wrote a letter to the defendant's counsel reminding her of the discovery conference but the counsel has refused to respond.

The case cannot proceed without discovery and the dilatory conduct of the defendants places a substantial burden on Phelps.

Phelps is fearful that the court will dismiss the case for failing to prosecute unless some command of the court is not issued.

DATE: 6/23/2008

_____ In Pro Se
COY PHELPS   78872-011
FMC-DEVENS
P.O. BOX 879
AYER, MASSACHUSETTS
　　　　　　01432

CERTIFICATE OF SERVICE

I, COY PHELPS, certify under penalty of perjury, pursuant to 28 USC 1746, that I placed a copy of this action into separate correctly addressed envelopes, affixed with proper and adequate first-class U.S. Postage, and deposited the pre-paid envelopes into the prison mail-box, or gave the pre-paid envelopes to a prison official, on the date indicated below, to be delivered to the following:

1. SONYA A. RAO, AUSA, U.S. Attorneys Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts, 02210   OR
   JENNIFER BOAL, AUSA, US Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts  02210

2.

3.

4.

5.

6.

7.

8.

9.

DATE: 6 /23 /2008

_____ In Pro Se
COY PHELPS  78872-011
FMC-DEVENS
P.O. BOX  879
AYER, MASSACHUSETTS
                01432

HOUSTON v LACK, 1988, 487 US 266 ( papers deemed filed when deposited in a prison mail-box or given to a prison official.)
WILLIAMS v WADE, WD Wis 2005, 354 FS2d 894 ( Rule applies to Service of Process also.)