COY PHELPS  78872-011
FMC DEVENS, P.O. BOX 879
AYER, MASSACHUSETTS
0 1 4 3 2

June 23, 2008

Clerk- U.S. District Court
1 Courthouse Way    Suite  2300
Boston, Massachusetts
02210

RE:   REQUEST FOR DOCKET RECORDS

I am requesting  the docket records of the cases  below and
if there is a fee for the copies  please notify  me and I will
have  the prison people send you the money from my prison
account.

The cases  are:

| | |
|---|---|
| Phelps v Winn,  et.al. | 4: 05-cv-40042-GAO |
| Phelps v Winn, et.al. | 4: 05-cv-40003-GAO |
| Phelps  v Taylor, et.al. | 4: 06-cv-40090-GAO |
| Phelps v Colautti, et.al. | 4: 06-cv-40011-GAO |
| Phelps v  Reynoso, et.al. | 4: 06-cv-40251-GAO |
| Phelps  v Rasmussen, et.al. | 4: 06-cv-40082-GAO |
| Phelps v Haas,  et.al. | 4: 05-cv-40143-GAO |
| Phelps v Haas, et.al. | 4: 05-cv-40163-GAO |
| Phelps v Gonzales, et.al. | 4: 05-cv-40063-GAO |
| Phelps  v Sabol, et.al. | 4: 07-cv-40245-GAO |
| Phelps v Mukasey,  et.al. | 4: 08-cv-40103-DJW |

The reason I am requesting the docket records, some officer
came  into  my  room/cell  and  "searched"  the  room/cell  and
absconded with  many legal documents.  I  think that with the
docket records I can guess the status of the cases and respond.

Thank you

COY PHELPS