UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40003-GAO

COY PHELPS,
Plaintiff,

v.

DAVID L. WINN, BRADLEY POTOLICCHIO, and HOWARD HAAS,
Defendants.

ORDER
March 25, 2010

O'TOOLE, D.J.

The plaintiff's Renewed Motion for Appointment of Counsel (dkt. no. 51) is DENIED without prejudice. The plaintiff's Motion for Video or Telephonic Discovery Appearance (dkt. no. 52) is DENIED without prejudice as no scheduling conference is currently scheduled. The plaintiff's Motion to Serve Non-Party Witness with Interrogatories, Request for Admissions, and Other Questions, and Motion to Issue Subpoenas (dkt. no. 54) is DENIED without prejudice because there is no evidence that the parties have conferred pursuant to Rule 26(f) and no discovery schedule has been set. Finally, the plaintiff's Motion to Stay Case (dkt. no. 55) is DENIED.

It is SO ORDERED.

　　　　　　　　　　　　　　　　　　　　 /s/ George A. O'Toole, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge